## CF CRESPE LLC, Appellant

v.

## SILICON LABORATORIES INC., Appellee

2016-1526

United States Court of Appeals, Federal Circuit.

November 8, 2016

CRAIG ROBERT SMITH, Lando & Anastasi, LLP, Cambridge, MA, argued for appellant. Also represented by ERIC P. CARNEVALE, WILLIAM JOSEPH SEYMOUR.

PETER J. AYERS, Lee & Hayes, PLLC, Austin, TX, argued for appellee.

## JUDGMENT

Per Curiam (Taranto, Chen, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**